## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| OPUS SOUTH CONTRACTORS, L.L.C., | ) | Case No. 09-11389 (MFW) |
| | ) | |
| Debtor. | ) | |

### CHAPTER 7 TRUSTEE'S STATUS REPORT

Jeoffrey L. Burtch, Chapter 7 Trustee in the above-captioned case, through his undersigned counsel, hereby submits the following Status Report:

### Status

1.      On May 1, 2018, the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "Final Report") was filed.  [D.I. 137].

2.      On May 4, 2018, Jeoffrey L. Burtch, the Chapter 7 Trustee in the above-captioned case (the "Trustee") filed his Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR). [D.I. 138].

3.      On June 11, 2018, this Court entered the Order of Distribution [D.I 142]. Thereafter, on June 26, 2018, the Trustee distributed the funds per the Order.

4.      On September 26, 2018, the Trustee prepared a second distribution of returned funds (approximately $110.00) to the creditors of the estate.   At this time, approximately $20.00 remains outstanding to four creditors, and those checks will go stale on December 26, 2018 if they do not clear.

5.      The Estate still has $90,436.27 in outstanding funds from the Trustee's initial distribution.  Therefore, the Trustee anticipates filing a motion to turnover all unclaimed funds to the Court sometime shortly after December 26, 2018.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: November 2, 2018